IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:23-CV-239-D

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATE OF NORTH CAROLINA ex rel. Radhakrishnan Ramaraj, <br><br>    Plaintiff-Relator, <br><br>V. <br><br>HARNETT HEALTH SYSTEM, INC., CUMBERLAND COUNTY HOSPITAL SYSTEM, INC., dba CAPE FEAR VALLEY HEALTH SYSTEM; FAYETTEVILLE HEART CENTER, P.C.; and HARNETT HEART & VASCULAR CENTER, P.C., <br><br>    Defendants | ORDER TO PARTIALLY LIFT TO SEAL <br><br><br> **EX PARTE AND UNDER SEAL** |

Upon consideration of the Motion for Partial Lifting of the Seal by the United States of America and The State of North Carolina, and for good cause shown,

IT IS HEREBY ORDERED that the seal on this qui tam complaint is partially lifted so that the Governments may disclose and provide, in their discretion, a copy of the complaint and information provided by Relator to the named Defendants – Harnett Health System, Inc., Cumberland County Hospital System, Inc., dba Cape Fear Valley Health System, Fayetteville Heart Center, P.C., Harnett Heart and Vascular Center, P.C., and to any other individuals or entities that the Governments deem appropriate.

1

IT IS FURTHER ORDERED that in all other respects, this matter shall remain under seal, and no other filings in this matter shall be made available to the Defendants or the public unless so ordered by this Court. In addition, all documents, including the related motion and this order, shall remain under seal except for copies provided to the Office of the United States Attorney for the Eastern District of North Carolina.

SO ORDERED this 19 day of April, 2024.

JAMES C. DEVER III
United States District Judge