IN THE UNITED STATES DISTRICT COURT
FOR IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:23-CV-239-D

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATE OF NORTH CAROLINA ex rel. Radhakrishnan Ramaraj, ) ) ) ) ) Plaintiff-Relator, ) ) V. ) ) HARNETT HEALTH SYSTEM, INC., ) CUMBERLAND COUNTY HOSPITAL ) SYSTEM, INC., dba CAPE FEAR VALLEY ) HEALTH SYSTEM; FAYETEEVILLE ) HEART CENTER, P.C.; and HARNETT ) HEART & VASCULAR CENTER, P.C., ) ) Defendants ) | ORDER<br><br>**UNDER SEAL** |

The Governments having declined to intervene in this action pursuant to the federal False Claims Act, 31 U.S.C. § 3730(b)(4)(B) and the North Carolina False Claims Act, N.C.Gen. Stat. § 1-608(b)(4)(b), the Court rules as follows:

IT IS ORDERED that,

1. The Relator's Complaint, notice of appearance, the Governments' motions to extend the seal period, the Governments' motion to partially lift the seal, the Court's orders granting those motions, the Notice of Declination, and this proposed Order be unsealed (but not the various memoranda in support of motions).

2. All other contents of the Court's file in this action remain under seal and not be made public or served upon the defendants;

1

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

4. Should Relator pursue this matter further, the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the Governments, as provided for in 31 U.S.C. § 3730(c)(3) and N.C. Gen. Stat. § 1-609(f). The Governments may order any deposition transcripts and are entitled to intervene in this action, for good cause, at any time;

5. Should Relator pursue this matter further, the parties shall serve all notices of appeal upon the Governments;

6. Should Relator pursue this matter further, all orders of this Court shall be sent to the Governments; and

7. Should Relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the Governments before ruling or granting its approval.

IT IS SO ORDERED,

This 27 day of June, 2024.

J. Dever
JAMES C. DEVER III
United States District Judge